

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2015

No. 04-15-00247-CR

Cody Hinton **SPICER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 442082
Honorable Wayne A. Christian, Judge Presiding

## O R D E R

On October 19, 2015, this court received appellant's brief. The brief violates Rule 9 of the Texas Rules of Appellate Procedure in that the text (excluding block quotations, short lists, and issues) is not uniformly double-spaced. *See* TEX. R. APP. P. 9.4(d). Also, the brief does not contain a certificate of compliance. *See id.* R. 9.4(i)(3).

It is therefore ORDERED that appellant file an amended brief within twenty days from the date of this order. *See* TEX. R. APP. P. 9.4(k).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2015.

_____
Keith E. Hottle
Clerk of Court